**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1502**

---

LATARCIA ANN WILKINS,

　　　　　　　Plaintiff - Appellant,

　　　v.

DAVID-PAIGE MANAGEMENT SYSTEMS, LLC,

　　　　　　　Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.　Leonie M. Brinkema, District Judge. (1:15-cv-00184-LMB-TCB)

---

Submitted:　September 9, 2015　　Decided:　September 11, 2015

---

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Latarcia Ann Wilkins, Appellant Pro Se.　Kenneth David Bynum, BYNUM & JENKINS, PLLC, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latarcia Ann Wilkins appeals the district court's order dismissing her employment discrimination complaint as untimely filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilkins v. David-Paige Mgmt. Sys., LLC, No. 1:15-cv-00184-LMB-TCB (E.D. Va. Apr. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED